UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDY M. GUICE, INDIVIDUALLY AND ON            PLAINTIFF
BEHALF OF ALL OTHERS SIMILARLY SITUATED

V.                                            CIVIL ACTION NO. 1:06CV1-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY, ET AL.            DEFENDANTS

ORDER

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED:**

Defendant State Farm Fire & Casualty Company's Motion to Dismiss [9] is not well taken and is **DENIED**.

Plaintiff's Motion for Declaratory Judgment [41] is not well taken and is **DENIED**.

Plaintiff's Motion to Certify Class [37] and Supplemental Motion to Certify Class [99] are not well taken and are **DENIED**.

Defendant State Farm Fire & Casualty Company's Objections to Magistrate Judge's Orders [35] [70] are **DENIED AS MOOT**.

The Motion for Leave to file Brief of *Amici Curiae* by the American Insurance Association, the National Association of Mutual Insurance Companies, and the Property Casualty Insurers Association of America [17] is **DENIED**.

**SO ORDERED** this the 14th day of August, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge