UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUDY M. GUICE                                                                                              PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:06cv1-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY, ET AL.                                  DEFENDANTS

## ORDER

The Court has received two motions [242] [329] submitted by Leon Burgess to participate in the hearing to be held at 10:00 a.m. on February 28, 2007, in this cause of action. Mr. Burgess was a litigant represented by legal counsel in Civil Action No. 1:05cv680, which has been dismissed with prejudice due to a settlement being reached.

Accordingly, **IT IS ORDERED:**

The motions [242] [329] of Leon Burgess for leave to participate in the hearing on Plaintiff's motion for reconsideration of the issue of class certification are **DENIED**.

**SO ORDERED** this the 26th day of February, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge