UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUDY M. GUICE**                                                           **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO.1:06CV001 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**             **DEFENDANT**

## ORDER

      In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [200] of the plaintiff for class action certification is **DENIED**; and

That the motions of the defendant [201] [213] for entry of a scheduling order regarding the plaintiff's motion [200] for class certification is hereby **DENIED** as moot.

**SO ORDERED** this 22nd day of March, 2007.

                                                                   s/ L. T. Senter, Jr.

                                                                   L. T. Senter, Jr.
                                                                   Senior Judge